

**STEVEN BANKS**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**GREGORY J.O. ACCARINO**
*Senior Counsel*
phone: (212) 356-1945
gaccari@law.nyc.gov

March 26, 2026

**BY ECF**
Honorable Robert W. Lehrburger
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Granted.

SO ORDERED:

3/30/2026

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

> Re:   Yohannabal Espinal v. City of New York, et al.
>       25 Civ. 5249 (GHW) (RWL)

Your Honor:

   I am a Senior Counsel in the Office of Steven Banks, Corporation Counsel for the City of New York, and attorney for defendant the City of New York ("City") in the above-referenced matter.[1]  Defendant City writes to respectfully request that the Court (1) grant a two-week extension, from April 7, 2026 until April 21, 2026, for defendant City to respond to the Court's *Valentin* Order; (2) adjourn the April 21, 2026 Initial Pretrial Conference to a date after May 11, 2026, which is the deadline for defendant City deadline to answer or otherwise respond to the Complaint, and (3) grant a corresponding extension of the April 14, 2026 deadline for the parties to submit a proposed Civil Case Management Plan and Scheduling Order.  *See* Dkt. No. 10, Order of Service, February 6, 2026; Dkt. No. 16, Order Scheduling Initial Pretrial Conference, March 19, 2026.  This is defendant City's first such request and does not affect any other Court deadlines.  Defendant City could not expeditiously ascertain plaintiff's position prior to the filing of this letter as described below.

   By way of background, on March  12, 2026, defendant the City of New York filed a waiver of service on the docket, creating a May 11, 2026 deadline for defendant City to answer or otherwise respond to the Complaint.  See Dkt. No. 14, Waiver of Service Returned Executed, March 12, 2026.  On March 19, 2026, this Court scheduled a telephonic Initial Pretrial Conference for April 21, 2026, at 2:00 p.m., and ordered the parties to submit a proposed Civil Case

---

[1] This case has been assigned to Assistant Corporation Counsel Menachem Mendel Pinson, who is awaiting admission to the New York State Bar. Mr. Pinson is handling this matter under my supervision and may be reached at (212) 356-2335 or mepinson@law.nyc.gov.

Management Plan and Scheduling Order by April 14, 2026. *See* Dkt. No. 16, Order Scheduling Initial Pretrial Conference, March 19, 2026.

Because the Initial Pretrial Conference and deadline for the parties to submit a proposed Civil Case Management Plan and Scheduling Order are currently scheduled and due several weeks before defendant City's May 11, 2026, deadline to answer or otherwise respond to the Complaint, defendant City respectfully requests that the Court (1) adjourn the April 21, 2026, Initial Pretrial Conference to a date after May 11, 2026, which is the deadline for defendant City deadline to answer or otherwise respond to the Complaint, and (2) grant a corresponding extension of the April 14, 2026, deadline for the parties to submit a proposed Civil Case Management Plan and Scheduling Order. This will afford defendant City adequate time to investigate the allegations of the Complaint with our obligations under Rule 11 of the Federal Rules of Civil Procedure, including allowing this Office time to procure adequate information to respond to the Complaint, such as Department of Correction documents and medical records, and to provide defendant City an opportunity to respond to the Complaint before appearing at an Initial Pretrial Conference or submitting a proposed Civil Case Management Plan and Scheduling Order.

In addition, this case is currently handled by Assistant Corporation Counsel Menachem Mendel Pinson under my supervision. Assistant Corporation Counsel Pinson will be out of the country for Passover on previously scheduled leave from March 30, 2026, to April 13, 2026. Because this Office is still investigating the allegations in the Complaint in an effort to identify the individual officers involved, and Assistant Corporation Counsel Pinson will be away for two weeks on previously scheduled leave when defendant City's response to the Court's *Valentin* Order is due, defendant City respectfully requests a two-week extension of time to respond to the Court's *Valentin* Order until April 21, 2026. *See* Dkt. No. 10, Order of Service, February 6, 2026. Defendant City has been unable to ascertain plaintiff's position as to this request because plaintiff is currently incarcerated at Mid-State Correctional Facility, and Mid-State Correctional Facility was unable to set up a telephone call with plaintiff prior to Assistant Corporation Counsel Pinson going on leave.

Furthermore, the undersigned is currently scheduled to begin jury selection on May 18, 2026 in the United States District Court for the Eastern District of New York in the matter of *Devion Bolds v. City of New York, et al.*, No. 22-CV-3219 (RER) (VMS), and defendant City respectfully requests that the Court does not schedule an Initial Conference during that week.

Accordingly, for the foregoing reasons, defendant City respectfully requests that the Court (1) grant a two-week extension, from April 7, 2026 until April 21, 2026, for defendant City to respond to the Court's *Valentin* Order; (2) adjourn the April 21, 2026 Initial Pretrial Conference to a date after May 11, 2026, which is the deadline for defendant City deadline to answer or otherwise respond to the Complaint, and (3) grant a corresponding extension of the April 14, 2026 deadline for the parties to submit a proposed Civil Case Management Plan and Scheduling Order .

3

Defendant City thank the Court for its consideration herein.

Respectfully submitted,

*/s/ Gregory J.O. Accarino*

Gregory J.O. Accarino
*Senior Counsel*
Special Federal Litigation Division

cc:     **By U.S. MAIL**
        Yohannabal Espinal (DIN 25-R-2097)
        *Plaintiff Pro Se*
        Mid-State Correctional Facility
        PO Box 2500
        Marcy, NY 13403

3

**DECLARATION OF SERVICE BY MAIL**

I, Menachem Mendel Pinson, declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury that on March 26, 2026, I served the annexed **DEFENDANT CITY'S LETTER REQUESTING AN ADJOURNMENT OF THE APRIL 21, 2026 INITIAL PRETRIAL CONFERENCE, APRIL 14, 2026 DEADLINE TO SUBMIT A PROPOSED CIVIL CASE MANAGEMENT PLAN AND SCHEDULING ORDER, AND APRIL 6, 2026 *VALENTIN* RESPONSE, DATED March 26, 2026,** upon the following individual by causing a copy of same, enclosed in a first class postpaid properly addressed wrapper, to be deposited in a post office/official depository under the exclusive care and custody of the United States Postal Service, within the State of New York, directed to Plaintiffs at the address set forth below, being the address designated by Plaintiffs for that purpose:

Yohannabal Espinal (DIN 25-R-2097)
*Plaintiff Pro Se*
Mid-State Correctional Facility
PO Box 2500
Marcy, NY 13403


Dated:  New York, New York
        March 26, 2026

                                        /s/ *Menachem Mendel Pinson*
                                        Menachem Mendel Pinson
                                        *Assistant Corporation Counsel*
                                        Special Federal Litigation Division

4