

**STEVEN BANKS**
*Corporation Counsel*

**THE CITY OF NEW YORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**GREGORY J.O. ACCARINO**
*Senior Counsel*
phone: (212) 356-1945
gaccari@law.nyc.gov

April 21, 2026

**BY ECF**
Honorable Robert W. Lehrburger
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Granted.

SO ORDERED:

4/22/2026

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

> Re:  Yohannabal Espinal v. City of New York, et al.
>       25 Civ. 5249 (GHW) (RWL)

Your Honor:

I am a Senior Counsel in the Office of Steven Banks, Corporation Counsel for the City of New York, and attorney for defendant the City of New York ("City") in the above-referenced matter.[1]  Defendant City writes to respectfully request that the Court grant a one-month extension, from April 21, 2026 until May 21, 2026, for defendant City to respond to the Court's February 6, 2026, *Valentin* Order.  This is defendant City's second such request, the first of which was granted by the Court on March 30, 2026, and this request does not affect any other Court deadlines, although there is a (1) May 5, 2026, deadline for the parties to submit a case management plan, (2) May 11, 2026, deadline for defendant City to answer or otherwise respond to the Amended Complaint, and (3) May 12, 2026, Initial Conference scheduled.  *See* Dkt. No. 19, Order, March 30, 2026; Dkt. No. 20, Order Scheduling Initial Pretrial Conference, March 30, 2026.  Defendant City was unable to obtain plaintiff's position prior to the filing of this letter as described below.

By way of background, plaintiff alleges that on April 17, 2025, he was unlawfully strip searched in front of other inmates in a bathroom when he was housed as a pretrial detainee at the West Facility on Rikers Island.  *See* Dkt. No. 8, Amended Complaint, January 28, 2026.  On February 2, 2026, the Honorable Gregory H. Woods issued a *Valentin* Order directing defendant City to ascertain the identities of the John Doe officers "plaintiff seeks to sue."  *See* Dkt. No. 10, Order of Service, February 2, 2026.  On  March 30, 2026, this Court granted a two-week extension

---

[1] This case has been assigned to Assistant Corporation Counsel Menachem Mendel Pinson, who is awaiting admission to the New York State Bar. Mr. Pinson is handling this matter under my supervision and may be reached at (212) 356-2335 or mepinson@law.nyc.gov.

of time from April 7, 2026, until April 21, 2026, to respond to the *Valentin* Order because the assigned Assistant Corporation Counsel was scheduled to be on leave for Passover. *See* Dkt. No. 19, Order, March 30, 2026.

Defendant City had been diligently investigating the allegations in plaintiff's Complaint, and, upon information and belief, defendant City has obtained a grievance, received on May 8, 2025, related to an alleged strip search, but it is unclear if this grievance is related to the incident at issue in this lawsuit. Furthermore, the documents the undersigned has received related to that grievance do not identify any officers involved or a specific date, as they indicate plaintiff refused to provide a statement. Defendant City has additionally requested logbook entries from the date of the incident in the housing area that plaintiff was assigned to assist with identifying the officers involved in any alleged incident and are awaiting receipt. Upon receipt, defendant City will likely have to speak to members of the Department of Correction who were present in that location that day, which would require additional time. Currently, without that information, defendant City is unable to identify any corrections officers allegedly involved. Defendant City has been continuing to follow up with the Department of Correction regarding these requests.

Defendant City has been unable to obtain plaintiff's position prior to this request due to his current incarceration at Mid-State Correctional Facility. During this litigation, defendant City received an email from an individual claiming to be plaintiff, and defendant City emailed that address for plaintiff's position regarding this request, but did not receive a response as of the filing of this letter. Defendant City waited to make this request in the hope of obtaining plaintiff's position.

Accordingly, for the foregoing reasons, defendant City respectfully requests that the Court grant a one-month extension, from April 21, 2026 until May 21, 2026, for defendant City to respond to the Court's February 6, 2026 *Valentin* Order.

Defendant City thank the Court for its consideration herein.

Respectfully submitted,

*/s/ Gregory J.O. Accarino*
Gregory J.O. Accarino
*Senior Counsel*
Special Federal Litigation Division

cc:     **By U.S. MAIL**
        Yohannabal Espinal (DIN 25-R-2097)
        *Plaintiff Pro Se*
        Mid-State Correctional Facility
        PO Box 2500
        Marcy, NY 13403