UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| YOHANNABAL ESPINAL,<br><br>Plaintiff,<br><br>- against -<br><br>CITY OF NEW YORK, et al.,<br><br>Defendants. | : | 25-CV-5249 (GHW) (RWL)<br><br>**ORDER** |

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

The Court held an Initial Pretrial Conference on June 4, 2026, and the City filed an Answer on June 9, 2026. (Dkt. 29). Nothing has been filed on the docket since then. Pursuant to the Case Management Plan's requirement of 90-day status reports (Dkt. 28), the parties are directed to file a joint status report by **December 2, 2026**.

SO ORDERED.

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: November 19, 2026
New York, New York

Copies transmitted this date to all counsel of record. The Clerk is respectfully directed to mail a copy of this order to the pro se plaintiff at the following address and note service on the docket.

Yohannabal Espinal
25R2097
MidState State Correctional Facility
PO Box 2500
Marcy, NY 13403